AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br><br>DANIEL LOUGHMAN<br><br>*Defendant(s)* | Case No.<br>24-mj-6211 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 6, 2024__ in the county of __Middlesex__ in the _____ District of __Massachusetts__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | One (1) count - Possession with intent to distribute methamphetamine. |

This criminal complaint is based on these facts:

See attached affidavit of ATF Special Agent Vanessa Flick.

☑ Continued on the attached sheet.

*/s/ Vanessa Flick* DCC
Complainant's signature

Special Agent Vanessa Flick, ATF
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone

Date: 3/7/2024

Judge's signature

City and state: Boston, Massachusetts    Hon. Donald L. Cabell, US Magistrate Judge
Printed name and title