UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

No. 24-mj-06211-MPK

UNITED STATES OF AMERICA

v.

DANIEL LOUGHMAN

ORDER ON DETENTION MOTION

KELLEY, U.S.M.J.

The defendant is charged with possessing with intent to distribute methamphetamine in connection with the above-numbered complaint and he had an initial appearance today. The government moved for detention. Mr. Loughman is presently awaiting trial on an unrelated case in state custody. Represented by counsel, defendant agreed to have the court continue the detention hearing until the defendant is released from custody in that matter in accord with United States v. King, 818 F.2d 112, 115 n. 3 (1st Cir. 1987).

Thus, it is ORDERED that: (1) the detention hearing is continued generally; (2) the defendant is DETAINED pending the detention hearing, see 18 U.S.C. § 3142 ("During a continuance, the defendant shall be detained. . . ."); and (3) the U.S. Marshal lodge a detainer against the defendant with the state authorities on the basis of this Order.

/s/ Page Kelley
Page Kelley
UNITED STATES MAGISTRATE JUDGE