UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL LOUGHMAN,<br><br>Defendant | Criminal No. 24cr10121<br><br>Violation:<br><br>Count One: Possession with Intent to Distribute 500 Grams and More of Methamphetamine (21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))<br><br>Drug Forfeiture Allegation:<br>(21 U.S.C. § 853) |

## INDICTMENT

### COUNT ONE
Possession with Intent to Distribute 500 Grams and More of Methamphetamine
(21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(viii))

The Grand Jury charges:

On or about March 6, 2024, in Wakefield, in the District of Massachusetts, the defendant,

DANIEL LOUGHMAN,

knowingly and intentionally possessed with intent to distribute 500 grams and more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii)

## DRUG FORFEITURE ALLEGATION
(21 U.S.C. § 853)

The Grand Jury finds:

1. Upon conviction of the offense in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A)(viii), set forth in Count One, the defendant,

DANIEL LOUGHMAN,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense.  The property to be forfeited includes, but is not limited to, the following assets:

    a. $588 in U.S. Currency, seized on March 6, 2024 in Wakefield, Massachusetts.

2. If any of the property described in Paragraph 1, above, as being forfeitable pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the defendant

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendant up to the value of the property described in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

_____
FOREPERSON

_____
JOHN T. DAWLEY, JR.
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MAY \_\_\_1\_\_\_, 2024
Returned into the District Court by the Grand Jurors and filed.

_____  05/01/2024
DEPUTY CLERK