UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>(1)  DANIEL LOUGHMAN, a/k/a "SWISS,"<br>(2)  JAMES SNOW, a/k/a "TANK,"<br>(3)  DANIELLE STEENBRUGGEN, a/k/a "DANIELLA," and<br>(4)  JAMES ADAMS, a/k/a "JIMMY,"<br><br>       Defendants | No. 24-cr-10121-ADB |

## GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America respectfully moves this Court to direct that the indictment be unsealed. In support of this motion, the government states that the defendant who was not already in custody was arrested on September 27, 2024, and that there is no further reason to keep the indictment sealed.

Respectfully submitted,

JOSHUA S. LEVY
United States Attorney

By:  /s/ John T. Dawley, Jr.
      John T. Dawley, Jr.
      Assistant U.S. Attorney

Dated: September 30, 2024