UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL LOUGHMAN,<br><br>Defendant. | Criminal Action No. 1:24-cr-10121-ADB |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for defendant Daniel Loughman in the above-captioned case.

Respectfully submitted,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160
aarnold@clohertysteinberg.com

Dated: September 30, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on September 30, 2024.

/s/ *Alexandra Arnold*
Alexandra Arnold