UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,

                                    NO. 24-CR-10121-ADB

   v.

DANIEL LOUGHMAN and
DANIELLE STEENBRUGGEN,
Defendants.

ORDER ON EXCLUDABLE DELAY

KELLEY, U.S.M.J.

Defendant Loughman has been charged in a superceding indictment and was arraigned on that indictment today, October 10, 2024. Time was previously excluded under the Speedy Trial Act in his case until October 17, 2024, which was the date of the interim status conference in his case. His case is continued to December 3, 2024, at 11:15 a.m. for a further interim status conference.

Defendant Steenbruggen was indicted on September 18, 2024, and was scheduled for arraignment today, October 10, but she filed a waiver of appearance which the court accepted. (#47.) Her case is continued to December 3, 2024 at 11:15 a.m. for an initial status conference.

The court finds that the interests of justice in this case, *i.e.*, to allow defendants time to prepare the case for trial or other disposition, outweigh the best interests of the public and defendants for a trial within seventy days of the date of indictment. Accordingly, with the agreement of the parties, with regard to Mr. Loughman it is hereby ORDERED that, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A), the Clerk of this Court enter excludable time for the period from October 17, 2024, up to and including December 3, 2024, and with regard to Ms. Steenbruggen, it is hereby ORDERED

that, pursuant to the provisions of 18 U.S.C. § 3161(h)(7)(A), the Clerk of this Court enter excludable

time for the period from September 18, 2024, up to and including December 3, 2024.[1]

        /s/ M. Page Kelley

        M. PAGE KELLEY

        United States Magistrate Judge

---

[1] The parties are hereby advised that under the provisions of Rule 2(b) of the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, any party may move for reconsideration by a district judge of the determination(s) and order(s) set forth herein within fourteen (14) days after receipt of a copy of this order, unless a different time is prescribed by this court or the district judge. The party seeking reconsideration shall file with the Clerk of this Court, and serve upon all parties, a written notice of the motion which shall specifically designate the order or part thereof to be reconsidered and the basis for the objection thereto. The district judge, upon timely motion, shall reconsider the magistrate judge's order and set aside any portion thereof found to be clearly erroneous in fact or contrary to law. The parties are further advised that the United States Court of Appeals for this Circuit has indicated that failure to comply with this rule shall preclude further appellate review. See Phinney v. Wentworth Douglas Hospital, 199 F.3d 1 (1st Cir. 1999); Sunview Condo. Ass'n v. Flexel Int'l, 116 F.3d 962 (1st Cir. 1997); Pagano v. Frank, 983 F.2d 343 (1st Cir. 1993).