UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**United States of America**

       **Plaintiff,**

       v.               CR No. 24-10121-ADB

**Daniel Loughman, et al.**

       **Defendant**

ORDER OF RECUSAL

BURROUGHS, D.J.

    I hereby disqualify myself in this proceeding pursuant to 28 U.S.C. 455 (a). The case will be redrawn to another district judge in the Eastern Division.

SO ORDERED.

                                        /s/ Allison D. Burroughs
                                        Allison D. Burroughs
                                        United States District Judge

Dated: 12/13/24