UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No:  24-cr-10121-ADB |
| | ) | |
| | ) | |
| DANIEL LOUGHMAN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT INTERIM STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file the following status report prepared in connection with the status conference scheduled for February 4, 2025.

(1)  Automatic Discovery/Pending Discovery Requests

The Government has provided automatic discovery. The defendants are reviewing the discovery materials and deciding whether they will make additional discovery requests. Counsel for at least one of the co-defendants has also been coordinating with the government to ensure their detained client is provided the discovery materials at their respective detention facility.

(2)  Additional Discovery

The Government anticipates providing additional discovery, including discovery from individual recordings, which the government intends to provide to counsel within the next 30 days. The government does not anticipate providing further discovery, aside from the above-mentioned items, at this juncture, in the absence of a particular request by the defendant.

(3)  Timing of Additional Discovery Requests

At this time, the government anticipates providing the additional discovery, including discovery from the above-mentioned items, within the next 30 days.

(4)  Protective Orders

Assented-to protective orders have been submitted by the parties, which are in affect.

(5)    Pretrial Motions

It is premature to decide whether the Defendant will file any pretrial motions under Fed. R. Crim. P. 12(b).

(6)    Expert Discovery

The government has proposed: that the government agrees to provide any expert witness disclosures 21 days prior to trial and that the Defendant agrees to provide any expert witness disclosures 14 days prior to trial.

(7)    Speedy Trial Act

All of the time has been excluded from the defendant's initial appearance/arraignment through the date of the interim status conference scheduled for February 4, 2025. The parties request that the time be excluded until the final status conference.

(8)    Next Status Conference

Given all of the foregoing information, the parties request that the interim status conference, scheduled for February 4, 2025, be canceled. The parties request a final status conference in approximately 30 to 45 days.

Respectfully submitted,

LEAH B. FOLEY
United States Attorney

By:    /s/ John T. Dawley, Jr.
Assistant U.S. Attorney

**Joined by:**

Daniel J. Cloherty, Esq.
One Financial Center, Suite 1120
Boston, MA 02110
*Counsel to Daniel Loughman*

Thomas Kerner, Esq.
240 Commercial Street, Suite 5A
Boston, MA 02109-138
*Counsel to James Adams*

Jason Benzaken, Esq.
1342 Belmont Street, Suite 102
Brockton, MA 02301
*Counsel to Danielle Steenbruggen*

Sarah E. Walters, Esq.
Ropes & Gray LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
*Counsel to James Snow*

Dated: February 3, 2025

## **CERTIFICATE OF SERVICE**

    This is to certify that I have this day served a copy of the foregoing upon all counsel of record by electronic filing notice.

                                                        /s/ John T. Dawley, Jr.
                                                        Assistant U.S. Attorney

Dated: February 3, 2025