**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA,

v.

Criminal No.: 1:24-cr-10121-FDS

DANIEL LOUGHMAN.

## NOTICE OF APPEARANCE

Notice is hereby given of the entry of the undersigned as counsel for Defendant, Daniel Loughman, in the above captioned matter. All further notice and copies of pleadings, papers, and other material relevant to this action should be directed to and served upon:

> Richard C. Chambers, Jr., Esq.
> BBO#: 651251
> Chambers Law Office
> 220 Broadway, Suite 404
> Lynnfield, MA 01940
> Office: (781) 581-2031
> Cell: (781) 363-1773
> Fax: (781) 581-8449
> Email: Richard@chamberslawoffice.com

DATED: July 30, 2025

> /s/ Richard C. Chambers, Jr., Esq.
> Richard C. Chambers, Jr., Esq.

1

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will therefore be sent electronically to the registered participants as identified on the Notice of Electric Filing (NEF) and paper copies will be sent this day to those participants indicated as non-registered participants.


DATED: July 30, 2025

/s/ *Richard C. Chambers, Jr., Esq.*
Richard C. Chambers, Jr., Esq.