## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL LOUGHMAN,<br><br>Defendant. | Criminal Action No. 1:24-cr-10121-ADB |

## MOTION TO WITHDRAW AS COUNSEL

Daniel J. Cloherty and Alexandra Arnold, counsel for Defendant Daniel Loughman, respectfully request to withdraw as counsel. As grounds, undersigned counsel states that Mr. Loughman has retained private counsel, Richard C. Chambers, who noticed his appearance on July 30, 2025. (Dkt. No. 94). Mr. Cloherty and Ms. Arnold have begun the process of transferring all discovery materials to Mr. Chambers and remain available to Mr. Chambers as needed to ensure a smooth transition.

Respectfully submitted,

/s/ *Daniel J. Cloherty*
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: July 31, 2025

## CERTIFICATE OF SERVICE

      I hereby certify that on July 31, 2025, this document was filed through the ECF system and will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing.

                                                        /s/ *Daniel J. Cloherty*
                                                        Daniel J. Cloherty