February 25, 2026


Re: Daniel F Loughman, DOB: 07/06/1985


Your Honor,

I am Linda Fagone, Daniel Loughman's mother. He was my first child and was born one day before my 26th birthday. His father, Kevin Loughman, and I were married for three years at the time of his birth. I worked for John Hancock as a systems analyst and his father was a defense contractor. We were married for 8 years but separated when Dan was 4 years old. I was a single mother to Dan and his younger sister, Jacquelyn. As a young boy, Dan took on the role of the "man of the house "as he liked to call it. He took his responsibility very seriously. He was very handy and at age 4 could hook up our cable tv and even my computer workstation and printer, tasks I was unable to do. He was always worried about us. He would routinely ask if I had a full tank of gas or even if I had paid our bills. He was a good son, brother and friend, all before entering kindergarten.

When Dan entered school, he struggled and had an Ed Plan. He did his best but was just better working with his hands. He loved and excelled with Legos and built model cars and rockets in his YMCA after school program. When Dan was in 6th grade, he took a woodshop class and made a wooden toy with wheels and when you pushed it, the two figure's arms would move up and down. I saved that toy for 28 years and gave it to his eldest daughter, Amelia, last year. She was struggling with her father being incarcerated and this toy seemed to bring her some comfort. She was the same age he was when he built it. I am glad I was able to give it to her. He had many friends. He was loyal to a fault. He was a kid people just liked from the moment they met him.

I met my current husband, Stephen Fagone, at John Hancock and we've been together for 33 years. He is Dan's stepfather. We had a strong family life, although looking back, I restricted Steve's parenting role more than I should have. I was very protective of both my children. They had a good relationship despite it, but it could have been even stronger. There was love and mutual respect between them.

Dan did not have the strongest relationship with his father Kevin. There wasn't friction or fighting, but his father was not a strong figure in this life. His father lived in VA and they spent Christmas and a week or two in the summer together. In November 2001, Kevin was in a car accident and passed away. Having to tell my children their father had died was one of the hardest things I've ever had to do. I don't think I fully grasped that Dan not only lost his father, but he also lost all opportunities to improve their relationship. Within a few months, Dan had dropped out of school. He was 16 years old. It was a mistake on my part to allow this to happen. Dan had not been in any trouble yet, and I was afraid that if he started to miss school,

1

that was the direction he was heading for. For the next 20 years, Dan worked every day, only taking off his birthday week and a day here or there. Work was never his issue.

Dan met his wife Melissa in his early twenties. She was 3 years older than he was. They married a few years later. I told Dan that I thought he was too young to be married. He told me that this was what he always wanted. They had two children, Amelia and Violet. They are 13 and 11 years old now. They are wonderful, beautiful girls. Melissa found her calling when she became a mother, she straightened herself out and remains 100% devoted to the girls. Melissa was a stay-at-home mother for about 4 years, and Dan worked 6-7 days a week. I think this led to issues in their marriage. They both did what they had to for the girls, but not for themselves as a couple. I can remember Melissa finding a preschool for Amelia and it was going to cost more than $200 extra a month. Dan told Melissa to register her, and he'd cancel cable TV to pay for it. This is how they were. Over time, things broke down and they separated. Melissa and the girls stayed in the house they rented, and Dan continued to pay those bills, often sleeping anywhere he could. He never asked me for money. When we realized the situation, we helped with rent. Looking back, this is when things started a downward spiral for him.

Steve and I moved to central Florida to help care for my mother and stepfather, who were in their 80's. I retired from John Hancock, after 43 years of employment, and Steve was already retired. I was busy with my mother and didn't keep up with Dan too much. He also started distancing himself from me, family and friends. Although he continued working, his drug use and life was getting out of control. He later told me he'd go several days without even sleeping. I didn't know the people he was associating with, and I did nothing to intervene.

At one point, I called him several times, and he did not return any of my calls. No matter how bad things got, he'd at least text me. I got a call from Melissa, and she told me he had been arrested. A piece of me died that day. I never in a million years thought it would have come to this. It was unimaginable, shameful, just awful. I could not believe my son could do any of these things. It went against everything we believed.

Dan has spent two years in county and state prisons in MA. During this time, he has had to face what he did, and I have had to face it too. He's made positive changes while in prison. The biggest thing, Dan is clean, he's off drugs. It's so wonderful. He talks to me about his addiction. He never talked about it before and would just brush it off. He says he's finished with drugs. He realizes that he lost so much while under the influence. He says he has been offered drugs, but he doesn't want anything to do with them. I believe him.

Another huge accomplishment is receiving his HISET. He passed all five tests on his first attempt. This will open the door for more training opportunities while serving his time. When he got his results, he called me and was so proud. I was so proud too. He never had confidence. When his first daughter was born, he asked me, 'Mom, do you think she'll be smart?' It broke my heart. She's smart and Dan is smart too.

2

We talk 2-3 times a week and my son is back. We both enjoy our conversations. We have been coming back to MA for the summer, and I get to visit him in person twice a week. The highlight was in January when I finally could visit him face to face and hug him. It was like hugging him for the first time at birth, like a rebirth for both of us.

Dan has aged in prison. He's wearing glasses now and I can see his hair is graying. He's focusing and planning his life when he's released. Dan is an excellent mechanic. I must admit I get a glazed over look when he talks about engines or fixing cars, but Dan loves it. Steve and I will help him to get back on his feet when he gets out. Steve and he are already talking about opening his own business. It's something they can talk about and work on. Something I should have helped foster years ago. Dan knows there will be more time to serve. He will not do that time alone. He has the support of Steve and I. We will do this together. He has even reconnected with two friends he's known since his childhood. They have been so supportive to Dan and to me. He can do this.

There are many forms of punishment, losing his freedom is the worst thing I can imagine, but he also lost his grandmother, Nana Claire and his grandfather, Papa, is 91 years old and it's unlikely he'll be alive when Dan is released. He was never able to say goodbye or give them a hug and kiss. He may never see his daughters go to the prom or graduate. His stepfather, Steve, was diagnosed with stage 4 prostate cancer three years ago and has successfully completed treatment. Heck, I even suffered a heart attack a year and a half ago. God willing we'll remain healthy. He brought this on himself, I know that and he knows that, but it is still a part of his punishment. I believe that he will forever remember what it felt like to watch these things from a distance and not be a part of them. I believe it will help him to make the right decisions going forward. He will have support and I believe in him.

Thank you for considering what I have presented, when deciding on his punishment. I appreciate the opportunity to share this with you.

Linda Fagone

4070 Bedford Ave.
Winter Haven. FL  33884
781-820-9408

3