Feb. 25th, 2026

Re: Daniel F Loughman, DOB: 07/05/1985

Dear Your Honor,

I'm writing to you in support of my stepson, Daniel Loughman, who will be appearing before you soon. Although my wife Linda and I are living in central Florida these days, we raised our family in residential Saugus, MA. Linda and I retired from John Hancock where we had long careers, both in IT; Linda as a systems analyst and myself a systems manager and strategic project manager.

Dan and his friends spent a considerable amount of time in our backyard growing up which had woods and the Saugus River behind it. We dubbed them the "Saville Street Crew". They were never in any trouble as his record shows.

Dan was frustrated with school academics but showed a passion for anything mechanical. He dropped out of high school when he turned 16 and got a job as an apprentice mechanic at a local auto repair shop. He thrived in that environment working there for several years. He was married with two great daughters, Amelia and Violet, and they lived in a rental in Wakefield. Unfortunately, things began to go bad after a decade or so. His marriage failed, drugs took over his life. He felt betrayed by friends and family and turned to the wrong people for support. That contributed to him landing in trouble.

As you know, he's spent the past couple years incarcerated in the Massachusetts penial system. Linda and I have had many soul wrenching phone conversations and visits with Dan. Gradually we've seen a change in attitude come over Dan. He has accepted responsibility for his actions. His intention is to stay clean from drugs when he gets out of prison. I believe he will because of the positive signs we've seen. He's trying to serve his time as productively as possible. He's volunteered to work various jobs, mostly kitchen related. He says he stays away from the gang environment that's around him. Best of all, in order to qualify for training offered, it requires a high school diploma. Where he was once intimidated by schoolwork, he met the challenge this time around. He worked with a tutor and passed all five parts of the high school equivalency test!

In summary, Dan pledged to me and I pledge to you, when Dan completes his sentence; no more drugs, make better choices who he associates with, continue to support his daughters and make up for the embarrassment he's brought on them (his words). He also pledges not to be a burden on the State by resuming his mechanical career. To that end, I will support Dan emotionally and financially to reach that goal. His

plan is to use the considerable tools being stored for him, and a list of patrons he had a relationship with, to start a mobile repair shop where he can travel to his clients to service their vehicles.

Finally, Dan is a good person that accepts responsibility for his actions. I know he will serve the remainer of his time as productively as possible. Please consider Dan for any leniency your feel is appropriate. Thank you for listening to me and God bless you.


Your trully,


Stephen V Fagone
4070 Bedford Ave
Winter Haven, Fl  33884
781-640-2624